Opinion filed April 6, 2006












 
 
  
 
 







 
 
  
 
 




Opinion filed April 6, 2006

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-06-00058-CV 

 

                                                    __________

 

                             PHILLIP RAY GARRISON JR., Appellant

 

                                                             V.

 

                                KARRIE
SHAY GARRISON, Appellee

 



 

                                               On
Appeal from the County Court

 

                                                        Midland
County, Texas

 

                                                Trial Court Cause No. FM 44405

 



 

                                             M
E M O R A N D U M  O
P I N I O N

Phillip Ray Garrison Jr. has filed in this court a
motion to dismiss his appeal.  In his
motion, Garrison states he no longer desires to continue this appeal.  The motion is granted.

The appeal is dismissed.

 

April 6,
2006                                                                            PER
CURIAM

Panel
consists of: Wright, C.J., and

McCall, J., and Strange, J.